## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**LYLE E. PAYNE**,

     **Plaintiff,**

**v.**

**CAROLYN W. COLVIN**,
*Commissioner of Social Security,*

     **Defendant.**                                **No. 12-cv-969-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order this Court, the Report and Recommendation is **REJECTED** and the Commissioner of Social Security's final decision is **REVERSED**.   This case is **REMANDED** for proceedings consistent with this order pursuant to sentence four of 42 U.S.C. § 405(g).

 

                          **NANCY J. ROSENSTENGEL,**
                          **CLERK OF COURT**

                          **BY:**   /s/*Sara Jennings*
                                  **Deputy Clerk**

Dated:   February 5, 2014

Digitally signed by David R. Herndon
Date: 2014.02.05 17:30:38 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**